AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLE RAYWID & BRAVERMAN, LLP

**SUMMONS IN A CIVIL CASE**

V.

RONALD E. MASSIE

GLOBAL NETWORK COMMUNICATIONS, INC.

CASE NUMBER: 08-cv-00116egs

TO: (Name and address of Defendant)

RONALD E. MASSIE
451 Mansfield Ave.
Darien, CT 06820-2115

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald G. London
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JAN 24 2008

CLERK _Laura Chipley_                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[*][(1)] | DATE<br>January 25, 2008 |
| NAME OF SERVER *(PRINT)*<br>ERIC RUBIN | TITLE<br>PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by serving Molly Massie, Spouse, person of suitable age and discretion that resides therein. Service was completed at 451 Mansfield Avenue, Darien, CT 06820.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/29/08
          Date                          Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Consent to Proceed Before a United States Magistrate Judge for all Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.