AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COLE RAYWID & BRAVERMAN, LLP

**SUMMONS IN A CIVIL CASE**

V.

RONALD E. MASSIE

GLOBAL NETWORK COMMUNICATIONS, INC.

CASE NUMBER: 08 - cv - 0116 egs

TO: (Name and address of Defendant)

GLOBAL NETWORK COMMUNICATIONS, INC.
1080 Leggett Avenue
Bronx, NY 10474

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald G. London
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                              JAN 2 4 2008

CLERK    /s/ Laura Chipley                                  DATE
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE  January 30, 2008 at 12:31 p.m. |
| NAME OF SERVER *(PRINT)*  Joseph Sanchez | TITLE  Process server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): by personally delivering documents to Elsa Ortiz, who stated that she is authorized to accept service. Served at 1080 Leggett Avenue, Bronx, New York 10474.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2008  _____
              Date               Signature of Server

Joseph Sanchez  **Capitol Process Services, Inc.**
                          1827 18th Street, NW
                          Washington, DC 20009

                         *Address of Server*

\* Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.