Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COLE RAYWID & BRAVERMAN, LLP

_____

Plaintiff(s)

V.

RONALD E. MASSIE, et al.

_____

Defendant(s)

Civil Action No.  08-cv-00116-EGS

RE:  RONALD E. MASSIE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on     January 25, 2008     , and an affidavit on behalf of the plaintiff having been filed, it is this _8th_ day of ___April___ , _2008_ declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Jackie Francis_____

Deputy Clerk