Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

COLE RAYWID & BRAVERMAN, LLP

     Plaintiff(s)

Civil Action No. 08-cv-00116-EGS

V.

RONALD E. MASSIE, et al.

     Defendant(s)

RE:    GLOBAL NETWORK COMMUNICATIONS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 30, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this  8th  day of  April , 2008  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk