AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Cole Raywid & Braverman, LLP

      Plaintiff(s)      )

            vs.             )

Ronald E. Massie and Global Network Communications, Inc.,

      Defendant(s)

**APPEARANCE**

CASE NUMBER  1:08-cv-00116-egs

To the Clerk of this court and all parties of record:

Please enter the appearance of  **David M. Shapiro**  as counsel in this
(Attorney's Name)

case for: **Plaintiff Cole Raywid & Braverman, LLP**
(Name of party or parties)

April 22, 2008
Date

*/s/ David M. Shapiro*
Signature

501909
BAR IDENTIFICATION

David M. Shapiro
Print Name

1919 Pennsylvania Ave., NW, Ste. 200
Address

Washington, DC 20006
City    State    Zip Code

202-973-4200
Phone Number