IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD E. MASSIE )<br>and )<br>GLOBAL NETWORK COMMUNICATIONS, )<br>INC., )<br>)<br>Defendants ) | Case No. 1:08-cv-00116-EGS |

**NOTICE REGARDING MOTION FOR DEFAULT JUDGMENT**

On April 22, 2008 Plaintiff filed a motion for default judgment in the above captioned action. Plaintiff hereby notifies the Court that undersigned counsel was contacted by Stephen J. Curley, counsel for Defendants, who is seeking admission to the Bar of this Court so as to appear in this matter and who expressed the possibility of resolving the matter without further litigation. Defendants have entered a dialogue with Mr. Curley regarding possible resolution of this case.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____
Ronald G. London – D.C. Bar No. 456284
David M. Shapiro – D.C. Bar No. 501909
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W. Suite 200
Washington, D.C. 20006
(202) 973-4200

ATTORNEYS FOR PLAINTIFF

Dated: May 21, 2008