A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Cole Raywid & Braverman, LLP,

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
| vs. | ) |
| Ronald E. Massie, et al., | ) |
|  | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER
1:0B-cv-00116-EGS

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Stephen J. Curley___ as counsel in this
(Attorney's Name)

case for:___Defendants Ronald E. Massie and Global Network Communications, Inc.___
(Name of party or parties)

___June 13, 2008___
Date

DC Bar No. 473869
BAR IDENTIFICATION

/s/ STEPHEN J. CURLEY
Signature

Stephen J. Curley
Print Name

733 Summer Street, Suite 403
Address

| Stamford | CT | 06901 |
|---|---|---|
| City | State | Zip Code |

(203) 327-1317
Phone Number

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent, via first class mail,

postage prepaid, and electronic delivery, this 13th day of June, 2008, to the following:

Ronald G. London, Esq.
Daivd M. Shapiro, Esq.
Davis Wright Tremaine, LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006

/s/ Stephen J. Curley
Stephen J. Curley