REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>08-116 | DATE REFERRED:<br>8/14/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>COLE RAYWID & BRAVERMAN, LLP | DEFENDANT(S):<br>RONALD MASSIE, e al |
|---|---|

ENTRIES: